1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10                             WESTERN DIVISION

11  DAVID ESTRADA,                     )
                                       )
12                 Petitioner,         )    No. CV 10-7862 DMG (AJW)
                                       )
13          v.                         )
                                       )    ORDER ADOPTING REPORT AND
14  TERRI GONZALEZ, ACTING WARDEN,     )    RECOMMENDATION OF
                                       )    MAGISTRATE JUDGE
15                 Respondent.         )
    _____)

16

17       The Court has reviewed the entire record in this action, the

18  Report and Recommendation of Magistrate Judge ("Report"), and

19  petitioner's objections. The Court concurs with and adopts the

20  findings of fact, conclusions of law, and recommendations contained in

21  the Report after having made a <u>de novo</u> determination of the portions

22  to which objections were directed.

23

24  DATED:  April 5, 2011

25

26                                      _____
                                        Dolly M. Gee
27                                      United States District Judge

28