UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID ESTRADA, | ) CV NO. 10-7862-DMG(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| TERRI GONZALEZ, Acting Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: April 5, 2011

_____
Dolly M. Gee
United States District Judge